IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENWOOD HAMILTON, a/k/a Hard Rock or Skip Hamilton, <br><br> Plaintiff, <br><br> v. <br><br> LESTER SPEIGHT, a/k/a Rasta the Urban Warrior a/k/a Augustus "Cole Train" Cole; EPIC GAMES, INC.; MICROSOFT, INC., a/k/a Microsoft Corporation; MICROSOFT STUDIOS, a division or subsidiary or trade name of Microsoft, Inc., a/k/a Microsoft Corporation; THE COALITION, a trade name of Microsoft Canada Development Centre d/b/a Microsoft Vancouver ("MCDC"), where MCDC is a wholly-owned subsidiary of Microsoft, Inc. a/k/a Microsoft Corporation, <br><br> Defendants. | Civil Action No. 2:17-cv-00169-AB <br><br><br> Filed Electronically |

**DECLARATION OF JOHN M. PIERCE, ESQUIRE, IN SUPPORT OF
PLAINTIFF'S MOTION FOR AN EXTENSION OF DEADLINES**

I, John M. Pierce, Esquire, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am the managing partner of the law firm of Pierce Bainbridge Beck Price & Hecht LLP, counsel for Plaintiff Lenwood Hamilton. I make this declaration from personal knowledge and after having reviewed the files and records in this matter.

2.      Recently, plaintiff engaged new attorneys who have now substituted into this case, and who have replaced plaintiff's former attorney, Bruce Chasan. Plaintiff's new counsel is the law firm of Pierce Bainbridge Beck Price & Hecht LLP. New counsel only recently, on May 15, 2018, received from the former counsel the voluminous files in this case, and new counsel is diligently reviewing and analyzing those files.

- 2 -

3.      As a result of the recent review of the files in this case, I have determined that the plaintiff will be filing a Motion for Leave to Amend the Second Amended Complaint in order to add three new causes of action for Fraud, Intentional Concealment, and Negligent Misrepresentation, which new causes of action will be accompanied by respective requests for disgorgement of profits based on two fundamental legal and equitable principles: (1) unjust enrichment, and (2) the venerable principle that a party should not be entitled to profit from the party's own wrongful conduct, particularly when such conduct is fraudulent and/or when the party intentionally conceals the wrongful conduct for financial gain.

4.      I believe that much needed evidence, which will shed additional light on the three new causes of action that are stated in the previous paragraph, is obtainable through additional discovery, including additional depositions of the defendants in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of June, 2018

                                                          /s/ John M. Pierce
                                                          John M. Pierce, Esquire
                                                          (admitted *pro hac vice*)

Dated: June 15, 2018