IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LENWOOD HAMILTON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | | No. 2:17-cv-00169-AB |
| | : | |
| LESTER SPEIGHT, *et al.*, | : | |
| Defendants. | : | |

## Order

**AND NOW**, this __10TH__ day of January, 2019, Plaintiff's Motion for Leave to File a Third Amended Complaint (ECF No. 95) is:

1. **GRANTED** as to Plaintiff's request to withdraw his Lanham Act claim;

2. **DENIED** as to Plaintiff's request to add a claim for intentional nondisclosure; and

3. **DENIED** as to Plaintiff's request to revise the factual allegations in the complaint.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 1/10/2019

1