UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENWOOD HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>LESTER SPEIGHT, EPIC GAMES, INC., MICROSOFT, INC., MICROSOFT STUDIOS, and THE COALITION,<br><br>Defendants. | Civil Action No. 2:17-cv-00169-AB |

**STIPULATION**

It is hereby STIPULATED by and between all parties hereto through their undersigned counsel, and subject to the approval of the Court under Fed. R. Civ. P. 6(b) and Local Rule 7.4(b), that the following deadlines shall be extended and revised as follows:

1. The deadline for Plaintiff's response to Defendants' Motion for Summary Judgment (Dkt. No. 109) will be extended until March 1, 2019. This is a seven-day extension as it is currently due on February 22, 2019.

2. The deadline for Defendants' reply to Defendants' Motion for Summary Judgment (Dkt. No. 109) will be extended until March 15, 2019. If Plaintiff files a response on March 1, 2019, this would make Defendants' reply due on March 11, 2019, making this a four-day extension.

3. The parties are requesting these extensions because they seek additional time to prepare their respective briefs. No party will be prejudiced by these extensions.

Dated: February 7, 2019

/s/ Benjamin E. Gordon
Joe N. Nguyen
Benjamin E. Gordon
STRADLEY, RONON, STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

John M. Pierce (*pro hac vice*)
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
600 Wilshire Blvd., Suite 500 Los Angeles, CA 90017

Carolynn Beck (*pro hac vice*)
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
One Thomas Circle NW, Suite 700
Washington, DC 20005

Maxim Price (*pro hac vice*)
David L. Hecht (*pro hac vice*)
Patrick Bradford (*pro hac vice*)
Yi Wen Wu (*pro hac vice*)
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
20 West 23rd Street, 5th Floor
New York, NY 10010

*Attorneys for Plaintiff Lenwood Hamilton*

/s/ Bonnie M. Hoffman
William T. Hangley
Bonnie M. Hoffman
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103

Elizabeth A. McNamara (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

Ambika K. Doran (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

Alison Schary (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006

*Attorneys for Defendants Lester Speight, Microsoft, Inc., Microsoft Studios and The Coalition*

/s/ Bonnie M. Hoffman
William T. Hangley
Bonnie M. Hoffman
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103

Robert C. Van Arnam (*pro hac vice*)
Andrew R. Shores (*pro hac vice*)
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601

*Attorneys for Defendant Epic Games, Inc.*

**APPROVED BY THE COURT:**

**THE HONORABLE ANITA B. BRODY**
**UNITED STATES DISTRICT JUDGE**

2/13/19

Copies via ECF on 2/13/19    2 of 2