**APPENDIX**
**Index of Defendants' Supplemental Exhibits to**
**Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Statement of Disputed Material Facts**

| | |
|---|---|
| Exhibit GG | Bleszinski Deposition Transcript Excerpts *FILED UNDER SEAL* |
| Exhibit HH | 30(b)(6) Bleszinski Deposition Transcript Excerpts *FILED UNDER SEAL* |
| Exhibit II | Bavarian Deposition Transcript Excerpts |
| Exhibit JJ | Primeau Deposition Transcript Excerpts |
| Exhibit KK | Luna Deposition Transcript Excerpts |
| Exhibit LL | Lanning Deposition Transcript Excerpts *FILED UNDER SEAL* |
| Exhibit MM | Speight Deposition Transcript Excerpts *FILED UNDER SEAL* |
| Exhibit NN | Kime Deposition Transcript Excerpts *FILED UNDER SEAL* |
| Exhibit OO | Jan. 3, 2003 Summary of House Bill 235, P.N. 4677 |