IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LENWOOD HAMILTON,
    Plaintiff,

v.

LESTER SPEIGHT, *et al.*,
    Defendants.

CIVIL ACTION
No. 2:17-cv-00169-AB

**ORDER**

**AND NOW,** on this 26th day of September, 2019, is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 109) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 9/26/2019